Frank Guerra, Respondent, v. Simpson Iron Works, Inc., Appellant; Samuel D. Perrotta, Inc., Defendant and Third-Party Plaintiff-Appellant, et al., Defendant, et al., Third-Party Defendants.—

Munder, Acting P. J., Martuscello, Latham, Kleinfeld and Benjamin, JJ., concur.